**Andrew J. Witty**
500 White Oak Ridge Road
Short Hills, New Jersey 07078
Tel: 917.270.0103
E-MAIL:WITTY@IMAXDIRECT.COM

Defendant and Cross Complainant, in pro se

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY – NEWARK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON;<br><br>Plaintiff | Case No.:15-cv-00500 MCA- MHA<br>(Proposed) **ORDER after Hearing Staying Foreclosure Proceedings** |
| ANDREW J. WITTY,<br><br>Defendants | Hearing date:_____,2023<br>Time:<br>Room: |

And related cross action of
WITTY v. BANK OF NEW YORK MELLON, ET AL.
_____

[Proposed] **ORDER**

On _____, 2023, this court considered the motion presented by defendant Andrew Witty appearing in pro se, and his moving papers. As well, the court considered the Opposition filed by the responding party, Plaintiff Bank of New York Mellon appearing through its counsel _____, . Oral argument was/was not held.

Having considered the Motion and Opposition, the court finds and rules that:

Proposed ORDER on Motion to Stay a Proceeding by Defendant Andrew Witty, Only.

− 1

1. The provisions of **12 C.F.R. 1024.41 (g), et al**. apply to this judicial proceeding placing an affirmative obligation on plaintiff's loan servicer Shellpoint Mortgage Service to consider and determine an appropriate foreclosure alternative and to avoid the effect otherwise of 'dual tracking' of the subject loan under consideration.  In light thereof, a stay of these proceedings is justifiable.

2. The motion to stay/or abate the present foreclosure action is **granted**.  No further judicial or extrajudicial activity shall be allowed or considered until the loan modification and loss prevention proceedings more fully described in the Motion submitted by defendant and undertaken by Shellpoint Mortgage Service are completed.  Written loss prevention findings shall be upon terms authorized by the C.F.R. issued by Shellpoint Mortgage Service by and through counsel for Plaintiff Bank of New York Mellon setting forth the disposition are received by this court. Defendant shall have _____days to respond. The court acknowledges defendant's right to appeal the final determination under the C.F.R.

3. The court shall prepare a Minute Order with findings and conclusions of law in support of this Order and append same to the record.

4. The court preliminarily finds that the provisions of 12 C.F.R. 1024.41, et are applicable to these proceedings and that to allow this proceeding to continue would constitute a form of prohibited "dual tracking" that Congress intended to halt during the loan modification process between the loan servicer a borrowers, here,  defendant Andrew Witty.  No further proceedings are authorized until a motion is filed, heard and ruled upon disposing of this stay.

5. The clerk of the court shall give notice of this Order by U.S. Mail.

    Date:_____

    _____
    UNITED STATES DISTRICT JUDGE

Proposed ORDER on Motion to Stay a Proceeding by Defendant Andrew Witty, Only.

– 2