CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been. served upon the following counsel and the State or Federal District Court of Record via [Personal Delivery] or [facsimile] or by U.S. Mail or/and by email or ECF, in accordance with the State or USDC Rules of Civil Procedure on the date of: August 24, 2023

Current Attorneys or Parties served:

CHRISTOPHER R. MOUNT
KML LAW GROUP
SENEN GARCIA LAW GROUP
124 WILLOW DRIVE
OLD TAPPAN, NJ 07675
Attorneys for Plaintiff

*Andrew J Witty*

_____

Andrew J Witty, Affiant