# KML LAW GROUP, P.C.
A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA

ATTORNEYS AT LAW

701 MARKET STREET, SUITE 5000
PHILADELPHIA, PA 19106
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
Fax: (609) 385-2214
WWW.KMLLAWGROUP.COM

September 19, 2023

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
50 Walnut Street
Newark, New Jersey 07102

Re: The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-7T2, Mortgage Pass-Through Certificates, Series 2007-7T2 vs. Andrew J. Witty
Civil Action No. 15-500(MCA)

Dear Judge Arleo:

Please accept this letter on Plaintiff's behalf to report the status of the matter, in accordance with this court's order dated July 14, 2023. The sale of the subject property at 496 White Oak Ridge Road, Short Hills, New Jersey, 07078 has not taken place. In order to arrange a sheriff's sale, Plaintiff is required to obtain a final judgment in foreclosure which sets forth a specific amount due pursuant to the terms of the note and mortgage. Plaintiff has executed a Certification of Proof of Amount Due which we received on September 15, 2023 and we anticipate filing a motion to enter final judgment very shortly which will seek judgment in the amount set forth in such Certification. Defendant will, of course, have an opportunity to contest the motion. If the motion is granted and final judgment entered, Plaintiff will then be able to schedule a sheriff's sale.

Thank you for your attention to this matter.

Respectfully,

KML Law Group, PC

BY: _____

J. Eric Kishbaugh, Esq.
Attorneys for Plaintiff

cc: Andrew J. Witty
    496 Oak Ridge Road
    Short Hills, NJ 07078