# KML LAW GROUP, P.C.
A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA

ATTORNEYS AT LAW

701 MARKET STREET, SUITE 5000
PHILADELPHIA, PA 19106
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
Fax: (609) 385-2214
WWW.KMLLAWGROUP.COM

September 19, 2023

Madeline Cox Arleo, U.S.D.J.
United States District Court
50 Walnut Street No. 4015
Newark, NJ 07102

Re:  The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-7T2, Mortgage Pass-Through Certificates, Series 2007-7T2 vs. Andrew J. Witty
Docket No. F-024738-14

Dear Judge Arleo:

    Please accept this request on Plaintiff's behalf for a continuance of the September 18, 2023 return date on Defendant's Motion to Stay the foreclosure proceedings. Defendant filed the motion on or about August 24, 2023. However, due to inadvertent error, the motion was not uploaded properly into the case management system of KML Law Group, P.C. and as a result, there was no timely attorney review. I have recently been assigned to this case, and first saw Defendant's motion on September 15, 2023. Plaintiff would like an opportunity to file a brief response and thus makes the within request.

    On September 18, 2023 at 8:45 am, I spoke to Mr. Witty to determine if he would consent to the request. He could not speak but advised that he would return my call. There was no return call by midday today, so I called Mr. Witty again but was able only to leave a message. Thus, I cannot represent to the court that Mr. Witty consents to the request. I do expect to be able to file a response quickly.

    Thank you for your consideration in this matter.

Respectfully,

KML Law Group, PC

BY: _____
J. Eric Kishbaugh, Esq.
Attorneys for Plaintiff

cc: Andrew J. Witty, Esq.